**Nebraska Court of Appeals Memorandum Opinions**
**NOT Selected for Posting to Court Website**

**(released the week prior to January 29, 2019)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

| | |
|---|---|
| A-18-217 | State v. Lewis |
| A-18-479 | State v. Gonzales |
| A-18-497 | Colburn v. Reeves |
| A-18-563 | In re Interest of Chevelle W. & Raquel W. |
| A-18-610 | In re Interest of Riley H. |

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.